IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JOSE YSLA BAZAN, ANGEL ARENAS, JAVIER
GRANADOS and LORENZO ARENAS,
Individually and on Behalf of All Others Similarly
Situated,

      Plaintiffs,

-against-

WILLIAM K. CONSTRUCTION GROUP, INC.,
WILLIAM K. CONSTRUCTION & ROOFING,
INC., WILLIAM K. CONSTRUCTION INC. d/b/a
WILLIAM K. CONSTRUCTION GROUP,
WILLIAM KRKUTI, EDMONT KRKUTI and
PETRIT KRKUTI, Jointly and Severally,

      Defendants.

19 Civ. 508 (ALC) (KNF)

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I hereby authorize the filing and prosecution of the above styled Fair Labor Standards Act action in my name and on my behalf by the representative plaintiffs Jose Ysla Bazan, Angel Arenas, Javier Granados and Lorenzo Arenas as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation and all other matters pertaining to this lawsuit. I understand that I will be represented by Pelton Graham LLC without prepayment of costs or attorneys' fees. I understand that if plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment first. I understand that my attorneys may petition the court for an award of fees and costs to be paid by defendants on my behalf. I understand that the amount of the fees will be approximately 1/3 of my total settlement or judgment, or such other amount as approved by the Court. I agree to be bound by any adjudication of this action, whether favorable or unfavorable.

_Kenneth_    _[signature]_    9/16/19

Signature    Date

Street Address    Telephone

City, State, Zip code    Approximate Dates of Employment

PLEASE RETURN THIS FORM FOR FILING WITH THE COURT BY **SEPTEMBER 30, 2019** TO:

PELTON GRAHAM LLC
111 Broadway, Suite 1503
New York, New York 10006
Phone (212) 385-9700; Fax (212) 385-0800
Email: pelton@peltongraham.com