UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE YSLA BAZAN, et al.                       :
                                              :
                    Plaintiffs,               :
       -against-                              :             ORDER
                                              :
WILLIAM K. CONSTRUCTION
 GROUP, INC., et al.                          :             19-CV-508 (ALC)(KNF)
                                              :
                    Defendants.               :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that the telephone conference scheduled previously for July 8, 2020, at 10:00 a.m., is cancelled.

Dated:   New York, New York                           SO ORDERED:
         June 24, 2020

                                                      _____
                                                      KEVIN NATHANIEL FOX
                                                      UNITED STATES MAGISTRATE JUDGE