```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JOSE YSLA BAZAN, et al.           :
                                  :
              Plaintiffs,         :
     -against-                    :         ORDER
                                  :
WILLIAM K. CONSTRUCTION           :
 GROUP, INC., et al.              :         19-CV-508(ALC)(KNF)
                                  :
              Defendants.         :
------------------------------------X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephone conference shall be held with the parties on September 16, 2020, at 10:00 a.m. The parties shall use call-in number (888) 557-8511 and access code 4862532.

Dated:  New York, New York            SO ORDERED:
       September 9, 2020

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE