UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JOSE YSLA BAZAN, ANGEL ARENAS,                          :
JAVIER GRANADOS and LORENZO ARENAS,
Individually and on Behalf of All Others                :
Similarly Situated,
                  Plaintiffs,                              :

      -against-                                       :         **ORDER**
                                                                                                    19- CV-508 (KNF)
WILLIAM K. CONSTRUCTION GROUP, INC.,                    :
WILLIAM K. CONSTRUCTION & ROOFING , INC.,
WILLIAM K. CONSTRUCTION, INC. d/b/a                     :
WILLIAM K. CONSTRUCTION GROUP, WILLIAM
KRKUTI, EDMONT KRKUTI, and PETRIT KRKUTI,               :
Jointly and Severally,

                  Defendants.                              :
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

        In this action brought pursuant to the Fair Labor Standards Act and the New York Labor Law, the parties agreed to resolve their dispute during arm's-length negotiations had with the assistance of a mediator associated with the court's mediation program. Thereafter, the parties reduced their agreement to a writing, Docket Entry No.64-1, and submitted it to the Court for its review and approval. The Court reviewed the document with the parties during a September 16, 2020 conference. At that time, the Court requested that additional data be submitted to it to facilitate the Court's full assessment of the fairness of the parties' agreement. The requested data have been supplied to the Court; see Docket Entry No. 69. Based on the Court's review of all the material the parties submitted to it, and the discussion had during the September 16, 2020 conference, the Court finds that the parties' written settlement agreement is fair and reasonable. Therefore, the motion that the Court approve the agreement, Docket Entry No. 64,

is granted.  The Clerk of Court is directed to record on the docket sheet that this action is terminated.

Dated:  New York, New York                          SO ORDERED:
        October 5, 2020

                                                    _____
                                                    KEVIN NATHANIEL FOX
                                                    UNITED STATES MAGISTRATE JUDGE